**CHRIST LUTHERAN CHURCH v. STATE FARM FIRE AND CASUALTY CO.**

[344 N.C. 732 (1996)]

CHRIST LUTHERAN CHURCH, BY AND THROUGH ITS TRUSTEES, DALE MATTHEWS, O.W. JARRETT, AND GARY CARPENTER v. STATE FARM FIRE AND CASUALTY COMPANY

No. 297A96

(Filed 8 November 1996)

Appeal by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 122 N.C. App. 614, 471 S.E.2d 124 (1996), affirming an order entered by Bogle, J., on 31 May 1995, in Superior Court, Catawba County. Heard in the Supreme Court 16 October 1996.

*Bryce Thomas & Associates, by Bryce O. Thomas, Jr., and Peter R. Gruning, for plaintiff-appellant.*

*Patrick, Harper & Dixon, by Stephen M. Thomas and Kimberly A. Huffman, for defendant-appellee.*

PER CURIAM.

AFFIRMED.